UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gordon C. Reid

v. Civil No. 06-cv-182-JD

Strafford County Department of Corrections Superintendent, Steven R. Monier, Tess McPherson, Kevin Sullivan, FNU McGowen, and Fred Serne

**TRANSFER ORDER**

All of the judges in this district are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

May 19, 2006

cc: Gordon C. Reid, *pro se*
Clerk, U.S. District Court, RI