ECF, JDrecused, JM. ised, PBrecused, RI-OUT, SMrecused

**U.S. District Court**
**District of New Hampshire (Concord)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00182**

Reid v. Strafford County Department of Corrections, Superintendent et al
Assigned to:
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/17/2006
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Gordon C. Reid**

represented by **Gordon C. Reid**
Strafford County Department of Corrections
266 County Farm Rd
Dover, NH 03820
PRO SE

V.

**Defendant**

**Strafford County Department of Corrections, Superintendent**
*other*
Warren F. Dowaliby

**Defendant**

**Steven R. Monier**
*US Marshall, District of NH*

**Defendant**

**Tess McPherson**
*Captain, Strafford County Department of Corrections*

**Defendant**

**Kevin Sullivan**
*Lieutenant, Strafford County Department of Corrections*

**Defendant**

**FNU McGowen**
*Corporal, Strafford County Department of Corrections*

**Defendant**

**Fred Serne**
*Correctional Officer, Strafford County Department of Corrections*

| Date Filed | # | Docket T |
|---|---|---|
| 05/12/2006 | 1 | COMPLAINT against Strafford County Department of Corrections, Superintendent, Steven R. Monier, Tess McPherson, Kevin Sullivan, FNU McGowen, Fred Serne with Jury Demand filed by Gordon C. Reid.(cms, ) (Entered: 05/17/2006) |
| 05/12/2006 | 2 | MOTION for Temporary Restraining Order filed by Gordon C. Reid (cms, ) (Entered: 05/17/2006) |
| 05/12/2006 | 3 | MOTION to Proceed in forma pauperis with Financial Affidavit and Custodial Certificate filed by Gordon C. Reid (cms, ) (Entered: 05/17/2006) |
| 05/17/2006 | 4 | **ORDER granting 3 Motion to Proceed in forma pauperis as to Gordon C. Reid, initial fee of $6.76. No further action by court until initial fee paid. Failure to pay will result in dismissal. So Ordered by Judge James R. Muirhead. Fee due 6/15/2006. (cms, ) (Entered: 05/17/2006)** |
| 05/17/2006 | | IFP motion granted - case converted to a civil case. Copies of IFP Order mailed to inmate. (cms, ) (Entered: 05/17/2006) |
| 05/18/2006 | 5 | **ORDER OF RECUSAL. All judges from this district recused due to Steven Monier, US Marshal for the District of NH being a named defendant. Signed by Judge Joseph A. DiClerico Jr., Steven J. McAuliffe, Paul Barbadoro, James R. Muirhead. (dae, )** (Entered: 05/18/2006) |
| 05/18/2006 | 6 | **PROCEDURAL ORDER. Due to recusal of NH judges, case referred to Rhode Island. Original filings shall continue in NH with copies to Rhode Island. Both District Court numbers must appear on all pleadings. Signed by Clerk, James R. Starr. (dae, )** (Entered: 05/18/2006) |
| 05/19/2006 | 7 | **ORDER. All of the judges are recused, case transferred to District of Rhode Island. Concurring Order sent. Miscellaneous Deadline set for 6/8/2006. Signed by Judge Steven J. McAuliffe. (dae, )** (Entered: 05/19/2006) |
| 05/19/2006 | 8 | **TRANSFER ORDER. All judges recused. Case transferred to Rhode Island. Signed by Judge Steven J. McAuliffe. (dae, )** (Entered: 05/19/2006) |
| 05/19/2006 | | Interdistrict Transfer Out to District of Rhode Island. (dae, ) (Entered: 05/19/2006) |
| 05/19/2006 | 9 | Letter to Clerk, USDC - Rhode Island from Deputy Clerk re: Transfer of case (dae, ) (Entered: 05/19/2006) |