UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DISTRICT COURT
DISTRICT OF N.H.
2006 MAY 12 A ...

Gordon C. Reid,
Plaintiff,

v. No.

First Name Unknown ("FNU")
Donnelly, Superintendent, et al.,
Defendants.

* EXPEDITED HEARING REQUESTED *

## Motion For Temporary Restraining Order

Now comes the Plaintiff, Gordon C. Reid, pro se, with this Motion For Temporary Restraining Order, and in furtherance of the foregoing sets forth as follows:

1. Concomitant to the foregoing motion Plaintiff has filed a verified COMPLAINT alleging, inter alia, that defendants are interfering with and obstructing his right of access to the court, due process, and to defend himself in a criminal prosecution in contravention to the 1st, 5th, 6th, and 14th Amendments of the U.S. Constitution, by seizing his legal papers and electronic files; books related to the Plaintiff's defense in the matter of United States v. Gordon Reid, No. 05-cr-57-SM, and refusing him access to the Law Computer. See COMPLAINT at par. 16(K) & (L), 33-49, and 58; which COMPLAINT Plaintiff-Petitioner hereby incorporates by reference as if fully set forth herein.

2

2. Plaintiff further alleges that defendants are interfering with and obstructing the above-referenced by refusing to allow him to make any out-going calls, or receive any in-coming calls, whether it be an attorney or other type of legal call, or otherwise. Id.

3. Defendants know Plaintiff is representing himself in relation to the above-referenced criminal matter, and is scheduled to be tried on or about July 18, 2006. Defendants further know that Plaintiff has a standby counsel, expert witnesses, and a private investigator with whom he needs to communicate with by telephone from time to time.

4. Defendants have interfered with, and obstructed, Plaintiff's ability to communicate with other members of the defense (in relation to the above-referenced criminal prosecution) by seizing his writing implements, stamps & envelopes, and refusing to allow him to replenish such supplies as they become exhausted.

5. Without access to the law computer and his legal books Plaintiff is unable to research the legal issues pertaining to his case as well as the procedures for protecting his rights and otherwise bringing issues before the Court in the above-referenced criminal matter; furthermore, the law computer contains, under password, are a database consisting of over 400 work-product documents developed in anticipation and support of the above-referenced criminal proceeding including, but not limited to legal research on various legal issues both manifest and anticipated, legal strategies, and observations, sealed (level II) ex parte documents, correspondence, motions, affidavits,

memoranda, and other legal data related to the matter of the United States v. Gordon Reid; without all of which Plaintiff is critically hampered in presenting his defense.

6. The United States has indicted Plaintiff on one count of interfering with interstate commerce by means of force or threat of violence which carries a maximum penalty of 20 years. (See Title 18, U.S.C., section 1951) and is presently held in pretrial detention at the Strafford County Jail; he contends he will be irreparably harmed in his ability to prepare his case, and, therefore, requests this Court grant the below requested relief.

I. Wherefore, Plaintiff requests this Court issue a mandatory injunction directing Defendants:

A. To provide Plaintiff with access to a telephone to place out-going calls to the same extent provided to other detainees

B. Provide Plaintiff with access to the "attorney phone" to receive in-coming legal calls to the same extent provided to other detainees;

C. Provide Plaintiff with five (5) hours per day access to the law computer containing his legal files and updated Federal Laws News;

D. Return Plaintiff's law books;

E. Return all of Plaintiff's legal files;

F. Return all of Plaintiff's writing implements, stationary, and related supplies;

G. Return all of the Plaintiff's legal mail.

II. Wherefore, Plaintiff requests this Court to enter an

injunction ordering Defendant cease and desist from:

A. Seizing Plaintiff's legal files;

B. Seizing Plaintiff's writing implements, stationary, stamps, etc.;

C. Opening and inspecting Plaintiff's legal mail outside of his presence

D. Withholding or/and altering his legal mail, or papers and files, to include electronic files, without Plaintiff's knowledge and consent;

E. Further interfering or obstructing Plaintiff's access to the court.

Dated: May 5, 2006

Respectfully submitted by
Plaintiff, pro se
[signature]
Gordon C. Reid
266 County Farm Road
Dover, NH 03820

Certificate of Service

I hereby say that a true copy of the foregoing was served on defendants, and each of them, concomitant to service of the Complaint.

[signature]
Gordon C. Reid