**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| GORDON C. REID, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No. 1:06cv182 (ECT) |
| v. | : | ✓Civil Misc. 1:06mc44-S (LDA) |
| | : | |
| WARREN F. DOWALIBY, | : | |
| Superintendent, Strafford County | : | |
| Department of Corrections, et al., | : | |
| | : | |
| Defendants. | : | June 13, 2006 |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance on behalf of Steven R. Monier, United States Marshal for the District of New Hampshire.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

VICTORIA S. SHIN
Special Attorney on Behalf of the
United States Marshals Service
157 Church Street
New Haven, CT 06510
Telephone No.: (203) 821-3799
Facsimile: (203) 773-5373

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Appearance was sent via first class mail on this 13th day of June, 2006, to

Gordon C. Reid
Stafford County Department
of Corrections
266 County Farm Road
Dover, NH 03820

Victoria S. Shin
Special Attorney on Behalf of the United
States Marshals Service