**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. 05-57-01-JD**

**GORDON REID**

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

NOW COMES the United States of America, by and through its counsel, Thomas P. Colantuono, United States Attorney for the District of New Hampshire, and responds to the defendant's Motion for a Protective Order as follows:

1. The defendant is currently incarcerated at the Strafford County House of Correction. The defendant alleges in his motion that jail officials at the Strafford County House of Corrections have wrongfully denied him access to any means of legal research and have not allowed him contact with his stand-by counsel. The defendant also alleges the loss of other privileges.

2. The defendant has been cited by jail officials for several infractions and is currently under investigation by the Strafford County Sheriff's Department for further criminal behavior, i.e., assault on other inmate(s). As a result of the defendant's behavior, he has been placed in a

secure unit within the jail, segregated from the general population. In accordance with the disciplinary proceedings, he lost certain privileges including computer access.

3. At a hearing held on May 16, 2006, this Court instructed the United States Marshall to look into the matter of the defendant's ability to access a computer to continue to prepare his defense.

4. The United States Attorney's Office was notified by the United States Marshall on May 23, 2006 that the defendant's computer access at the Strafford County House of Corrections has been reinstated. The defendant will also receive legal file materials to the extent they do not present a security risk.

5. With respect to the defendant's requests for other privileges, that matter is currently pending in the Strafford County Department of Corrections. The defendant has been notified in writing of the status of his privileges. See correspondence from Strafford County Department of Corrections attached as Exhibit A.

WHEREFORE, the United States respectfully requests that this Honorable Court:

A. Find the defendant's request for computer access and return of legal files moot;

B. Deny the remainder of the defendant's Motion; and

C. Grant such other relief as this Court deems just.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

/s/ Helen White Fitzgibbon
By:
Helen White Fitzgibbon
Assistant U.S. Attorney
NH Bar ID No. 6833

/s/ Clyde R.W. Garrigan
By:
Clyde R. W. Garrigan
Assistant U.S. Attorney
N.H. Bar ID No. 2839
53 Pleasant Street, 4th Floor
Concord, NH 03301-3904
Tel: (603) 225-1552

Dated: May 24, 2006

Certificate of Service

I hereby certify that a copy of this pleading has been mailed by first class mail, postage prepaid, this 24th day of May, 2006, to the defendant, Gordon Reid, Strafford County Department of Corrections, County Farm Road, Dover, NH 03820, and via ECF to Michael Iacopino, Esquire, 85 Brook Street, Manchester, NH 03104.

/s/ Helen White Fitzgibbon

Helen White Fitzgibbon
Assistant U.S. Attorney