ATTACHMENT

**COMMISSIONERS**
GEORGE MACLARAS, *Chairman*
PAUL J. DUMONT, *Vice Chairman*
RONALD R. CHAGNON, *Clerk*

**SUPERINTENDENT**
WARREN DOWALIBY

**ASSISTANT SUPERINTENDENTS**
SIDNEY BIRD
JEFFREY MCPHERSON

# STRAFFORD COUNTY DEPARTMENT OF CORRECTIONS

266 County Farm Road
Dover, New Hampshire 03820
Telephone: (603) 742-3310
Fax: (603) 742-2192
e-mail: straffordjail@co.strafford.nh.us

\# Spoke to Supt Dowaliby. He is coming access to computer (5/23/06) RD

May 23, 2006

Mr. Gordon C. Reid,

The following are the answers to your five grievances:

Grievance 1: All your mail will be opened in your presence. If your mail contains contraband it will be removed. The court has already replaced these documents that you are referring to.

Grievance 2: All legal files to be returned to you as long as it is not a security issue. If it is, you will be told and shown what you can not have.

Grievance 3: Per the DOC Operational Guidelines a Maximum Security inmate is not authorized to the recreational yard. You are given 1 hour of tier time on the unit during this time you can shave, shower, exercise and clean your cell.

Grievance 4: Your attorney may call you on the attorney phone on the unit. Depending on your behavior you will be allowed out of your cell to receive these calls. For all other correspondence, your ability to communicate follows all other guidelines set forth for Maximum Security inmates, which you were provided a copy of the updated Inmate Handbook on 5/22/06 by Sgt. Noseworthy.

Grievance 5: As long as you remain in Maximum Security you will fall under those guidelines. You will get what Maximum Security inmates get.

Committee Members:

| | | |
|---|---|---|
| [signature] | [signature] | [signature] |
| Sgt. L. Noseworthy | Officer C. Brackett | USM Inmate T. Tremblay |

Superintendent Review: Approved/Denied [signature] Superintendent W. Dowaliby

Copy to Inmate on. 5/23/06 1355 By: Sgt Noseworthy

Received By: [signature] Gordon Reid