# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

## APPEARANCE

| | |
|---|---|
| Gordon C. Reid,<br><br>Plaintiff<br><br>v.<br><br>Warren Dowaliby,<br>Superintendent, Strafford County<br>Department of Corrections, et al.<br><br>Defendants. | NH 1:06cv182<br>RI Civil Misc. No. 06-44S |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Superintendent, Strafford County House of Corrections, et al

I certify that I am admitted to practice in the District of New Hampshire.

6/28/06
Date

[signature]
Signature

Janice K. Rundles, Esquire
NH Bar No. 2218
PO Box 799
Dover, NH 03821
Phone: (603) 749-2808
Fax: (603) 743-4997
Email: jrundles@co.strafford.nh.us

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein: Conventionally served, Gordon C. Reid, pro se Plaintiff, SCHOC, Dover, NH and US District Court, District of Rhode Island.

6/28/06
Date

[signature]
Janice K. Rundles, Esquire