CAPT

# Strafford County Department of Corrections
# INCIDENT REPORT

1. **DATE AND TIME OF INCIDENT:**
   12/26/05 19:10
2. **REPORTING CORRECTIONAL OFFICER:** CORPORAL MCGOWEN
3. **STAFF MEMBERS INVOLVED: C/O NEADUEU, CHAPPEL, WARREN AND BOUCHER**

4. **INMATE(S) INVOLVED: CHEA VANNAK 05-01052**

5. **OTHERS INVOLVED: I/ M REID G, DEMAND RONALD**

6. **INJURIES (DESCRIBE EXTENT AND SUFFERED BY WHOM): ALL THREE I/M RECIVED VARIOUS CONTAMINATION** FROM O/C SPRAY

7. **NARRATIVE OF INCIDENT (USE ADDITIONAL SHEET IF REQUIRED):**
   ON THE ABOVE DATE AND TIME WHILE BREAKING UNIT-G I WAS TALKING TO AN INMATE AT THE OFFICERS STATION AND COULD SEE C/O NEADUEU RETURNING FROM HIS BREAK. I THEN HEARD A CHAIR SLIDE LOUDLY, AND LOOKED TO MY LEFT AND SAW INMATES REID G. AND CHEA V. INGAGED IN A FIGHT OVER BY THE I/M PHONES. I ATTEMPTED TO LET C/O NEADUEU IN BUT THE SLIDER WAS OPEN, I THEN RADIOED FOR BACK-UP. I RAN OVER TO THE COMBATANTS YELLING FOR THEM TO SEPARATE THEY DIDN'T SO I ATTEMPTED TO PULL THEM APART BUT THEY HELD ON TO EACH OTHER AND WOULD NOT STOP. AT THAT POINT I, TOOK OUT MY O/C SPRAY AND SPRAYED I/M REID G. IN THE FACE AT THAT POINT REID LET GO AND RAN AWAY. I GRABED I/M CHEA WHO ATTEMPTED TO GO AFTER REID I PULLED HIM BACK AND CUFFED HIM. I THEN BEGAN TO HEAD TO GX1 AS CHEA WAS BLEEDING AND NEEDED MEDICAL ATTENTION. THIS IS WHEN ASSISTANCE ARRIVED . I TOLD C/O CHAPPEL TO CUFF I/M REID WHO WAS HALF WAY DOWN THE UNIT DISABLED BY THE SPRAY. I TOLD C/O CHAPPEL REID WAS TO GO TO BOOKING AND I WOULD TAKE CHEA TO MEDICAL. C/O BOUCHER ASSISTED C/O CHAPPEL IN CUFFING REID. I GAVE I/M CHEA TO C/O DAME WHO WAS BY THE CONTROL ROOM FOR MEDICAL AND RETURNED TO UNIT G TO MAKE SURE ALL WAS SECURE. I/M REID WAS THE ONLY ONE WHO RECIVED DIRECT CONTACT WITH O/C, I/M DEMAND R. WHO WAS ON THE PHONE GOT SOME PROXIMITY CONTACT AS DID I/M CHEA. ALL WERE DECONTAMINATED,SEEN BY MEDICAL AND NO ONE WANTED TO FILE CHARGES. LT. SULLIVAN NOTIFIED CAPT MCPHERSON.

8. **VIOLATION OF RULE NUMBER(s):**
   MJ-11 Fighting with a staff member or another inmate.

   MJ-16 Resisting or interfering with any correctional staff member during a search, count, disturbance, emergency situation or an order to lockdown.

9. **SIGNATURE OF REPORTING CORRECTIONAL OFFICER AND DATE:**
   Cpl. McGowen 12/26/05

EXHIBIT C