# AFFIDAVIT OF CAPTAIN JEFFREY MCPHERSON, STRAFFORD COUNTY HOUSE OF CORRECTIONS

**NOW COMES Jeffrey McPherson, Captain, of the Strafford County House of Corrections, and here by states, under oath, the following:**

1. I have been employed at the Strafford County House of Corrections for 7 years. I have been a Captain for 1 year. My position specifically is Captain in charge of operations at the SCHOC, which includes responsibility for safety and security.

2. On or about May 10, 2006, I received documents that had been filed by Inmate Reid with the Federal District Court in Concord. These included a Motion for Transcripts and a Motion for Access to the Courts. On or about May 12, 2006, I received a copy of an Order that had been issued by Federal District Judge DiClerico, which set a hearing on the motions for the next Tuesday, May 16, 2006 at the District Court in Concord. The Order also stated that Lt. Cullen, of the SCHOC should attend. Because of my responsibility for safety and security at the facility, I also attended the hearing in Concord, with Lt. Cullen.

3. In advance of the hearing, I prepared a synopsis of Inmate Reid's disciplinary record, so that I could brief the Judge on the reasons why he had been placed in disciplinary segregation at various times and therefore denied access to his legal materials for these periods. I was also familiar with the fact that metal clasps had been removed from Mr. Reid's transcripts before they were given to him, which resulted in his refusal to accept them in their altered condition. The transcripts had not been altered in any other way except for the removal of the clasps, for security reasons.

4. At the hearing, through counsel from the United States Attorney's Office, these facts were conveyed to the Judge. The Judge provided Mr. Reid with another copy of the transcripts during the hearing. The Judge also advised Mr. Reid that he needed to improve his disciplinary record so that he could regain access to his legal materials. The Judge requested that the SCHOC request that the Sheriff's Department complete its investigation into Mr. Reid's latest disciplinary (the April 15 attack on another inmate with a spork), so that the matter could be resolved. The Judge also informed Mr. Reid that he did not think his trial preparation should be time-consuming, given the fact that his upcoming trial is a retrial.

5. By the end of May, the Sheriff's Department investigation was completed, and no criminal charges were brought against Mr. Reid. Therefore, his law library privileges were reinstated on or about May 28, 2006.

EXHIBIT E

**I hereby declare, under oath, that the foregoing is accurate and true to the best of my knowledge and belief.**

**Jeffrey McPherson, Captain**
**Strafford County House of Corrections**

**On this 28th day of June, 2006, before me appeared the above referenced affiant, Jeffrey McPherson, and made oath that the foregoing statement is true and accurate.**

**~~Notary Public~~/Justice of the Peace**