**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **GORDON C. REID,** **Plaintiff,** | |
| **v.** | **NH CIVIL NO. 06-CV-182-jd** |
| **STRAFFORD COUNTY DEPT. OF CORRECTIONS, ET ALIA,** **Defendants.** | **RI MISC. NO. 06-MC-44-S** |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

**NOW COMES** the Plaintiff, Gordon C. Reid, pro se, with this Motion To Amend Complaint pursuant to Fed. R. Civ. P. 15 (a), (c), and (d), and in furtherance of the foregoing respectfully sets forth as follows:

1. Concomitant to the foregoing motion Plaintiff has filed the entitled "Amended Complaint."

2. The foregoing Amended Complaint omits defendant Monier as a defendant, and adds another defendant. See (Motion For Voluntary Dismissal (of defendant Monier)). And adds (first name unknown) Rivera, arising out of actions occurring subsequent to the filing of the within complaint. Furthermore, the concomitant Amended Complaint further clarifies the grounds upon which this Plaintiff brings this action.

3. All other allegations and causes of action relate back to the original Complaint.

4. Pursuant to Fed. R. Civ. P. 15(a) , leave to amend a complaint should be freely given. *Foman v. Davis, 371 U.S. 178, 182, 9 L. Ed. 2d 222, 83 S. Ct. 227 (1962); Gaffney v Silk (1973, CA1 Mass) 488 F.2d 1248 (1ST Cir. 1973).*

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court grant the following relief:

A. Grant the foregoing motion and ALLOW the concomitant Amended Complaint be filed;

B. Grant such other and further relief as this Court may deem just, equitable, and fair.

Respectfully submitted by,

PLAINTIFF, PRO SE

DATED: July 10, 2006

Gordon C. Reid
266 County Farm Road
Dover, New Hampshire 03820

**CERTIFICATE OF SERVICE**

I hereby certify that on the above given date a true copy of the foregoing motion, and Amended Complaint, was mailed, ppd., first class mail, to Victoria S. Shin, Special Attorney, United States Attorney, 157 Church Street, New Haven, Connecticut 06510, and to Janice K. Rundles, Strafford County Attorney's Office, County Farm Road, Post Office Box 799, Dover, New Hampshire 03821-0799.

Gordon C. Reid