UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GORDON C. REID,<br>PLAINTIFF, | ) | |
| v. | ) | Misc. No. 06-44S |
| WARREN F. DOWALIBY, ET AL.,<br>DEFENDANTS. | ) | |

DECLARATION OF CEDRIC D. BULLOCK

I, Cedric D. Bullock, declare the following to be true and correct:

1. I am an Associate General Counsel for the Office of General Counsel, United States Marshals Service (USMS), Department of Justice, Arlington, Virginia.

2. Pursuant to 18 U.S.C. §§ 4002, 4006, 4013, the USMS enters into agreements with local jail facilities to house federal detainees pending federal judicial proceedings.

3. On +++ ++, 200+, the USMS entered into an agreement with the Strafford County Department of Corrections (SDOC) for "the housing, safekeeping and subsistence of adult male and female federal prisoners". Attached is a true and correct copy of this agreement. <u>See</u> Intergovernmental Service Agreement, No. ++-+++-++++ (note: redactions have been made to protect confidential law enforcement information).

4. Under this agreement, the SDOC is an independent contractor and the USMS is not responsible for supervising or overseeing the day-to-day operations at the local jail where the federal detainees are housed. SDOC

EXHIBIT
B
PENGAD 800-631-6989

administrators are responsible for operating the jail facilities in accordance with their ongoing practices and procedures, including subsistence, care, sanitation, on-site medical care, and safekeeping of the prisoners at their facilities, including federal detainees housed at the facility.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

______________________________

Cedric D. Bullock
Associate General Counsel
U.S. Marshals Service
Headquarters
Washington, D.C. 20530-1000
(202) 307-9054

Executed on: ______________________, 2005