UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED
JUN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

7/18/06: GRANTED Aug 26 time. [illegible] USMJ

GORDON C. REID,
Plaintiff,

v.

STRAFFORD COUNTY DEPARTMENT MENT OF CORRECTIONS, ET AL.,
Defendants.

NH Civil No. 06-CV-192

RI Misc. No. 06-MC-44-S

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT STEVEN R. MONIER'S COMBINED RESPONSE TO PLAINTIFF'S MOTION FORTEMPORARY RESTRAINING ORDER AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

**NOW COMES** the Defendant, Gordon C. Reid, pro se, with this Motion For Enlargement of Time To Respond To Defendant Monier's Pleading pursuant to Fed. R. Civ. P. 6 (b) (1), and in furtherance of the foregoing respectfully sets forth as follows:

1. On or about May 5, 2006 Plaintiff filed the instant action alleging, inter alia, that Defendants were depriving him of access to his legal files, law books, and the law computer.

2. On or about May 19, 2006 Defendant was notified that the instant action was transferred to the District of Rhode Island.

3. On or about June 15, 2006 Plaintiff received a copy of the Defendant Steven R. Monier's Combined Response To Plaintiff's Motion For Temporary Restraining Order ("TRO"), And Motion To Dismiss Pursuant to Fed. R. Civ. P. 12 (b) (1) & (6). (Hereinafter, "Response")

4. Between the time Plaintiff was notified that this action had been transferred to the District of Rhode Island, and the receipt of defendant Monier's Response, he had not received any document from the district court in either the District of New Hampshire or the District of Rhode Island informing him that this case had been docketed in the District of Rhode Island, and

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ________________
William E. Smith, District Judge
Date: 7/13/06