UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GORDON C. REID, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WARREN F. DOWALIBY, )<br>Superintendent, Strafford )<br>County Department of )<br>Corrections, et al. )<br>)<br>    Defendants. )<br>) | MISC. No. 06-44S |

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 23, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Temporary Restraining Order is DENIED.

By Order,

/s/
_____
Deputy Clerk

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: 7/18/06