UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GORDON C. REID,<br><br>Plaintiff,<br><br>v.<br><br>WARREN F. DOWALIBY, Superintendent, Strafford County Department of Corrections, et al.<br><br>Defendants. | MISC. No. 06-44S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 23, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Temporary Restraining Order is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 7/18/06