UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**GORDON C. REID,**
**Plaintiff,**

**v.**

**STRAFFORD COUNTY DEPT. OF CORRECTIONS, ET ALIA,**
**Defendants.**

**NH CIVIL NO. 06-CV-182-jd**

**RI MISC. NO. 06-MC-44-S**

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT STEVEN R. MONIER, UNITED STATES MARSHAL**

**NOW COMES** the Plaintiff, Gordon C. Reid, pro se, with this Motion For Voluntary Dismissal As To Defendant Steven R. Monier, United States Marshal pursuant to Fed. R. Civ. P. 41 (a), and in furtherance of the foregoing respectfully sets forth as follows:

1. On or about May 12, 2006 the foregoing Complaint was docketed in the United States District Court For the District of New Hampshire which, while not naming defendant Monier in the caption, named him as a party in the body of the Complaint.

2. Plaintiff avers that while he had first meant to name defendant Monier as a party in the original draft of his Complaint, he thereafter amended the draft by excluding his name from the caption but by oversight, failed to strike his name from the section entitled "Parties."

3. Concomitant to the foregoing motion Plaintiff has filed the entitled "Amended Complaint" which, among other things, corrects the above-referenced oversight by excluding defendant Monier's name from both the caption and section entitled "parties."

4. Defendant Monier has not filed either an answer, or motion for summary judgment. See Fed. R. Civ. P. 41 (a) (1) (i), and for such reason Plaintiff contends he is entitled to the voluntarily dismissal of defendant Monier without prejudice.

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court grant the following relief:

A. Grant the foregoing motion and ALLOW the Plaintiff to voluntarily dismiss defendant Monier without prejudice; and

B. Grant such other and further relief as this Court may deem just, equitable, and fair.

Respectfully submitted by,

PLAINTIFF, PRO SE

DATED: July 10, 2006

Gordon C. Reid
266 County Farm Road
Dover, New Hampshire 03820

**CERTIFICATE OF SERVICE**

I hereby certify that on the above given date a true copy of the foregoing motion, and Amended Complaint, was mailed, ppd., first class mail, to Victoria S. Shin, Special Attorney, United States Attorney, 157 Church Street, New Haven, Connecticut 06510, and to Janice K. Rundles, Strafford County Attorney's Office, County Farm Road, Post Office Box 799, Dover, New Hampshire 03821-0799.

Gordon C. Reid