**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **GORDON C. REID,**<br>**Plaintiff,**<br><br>**v.**<br><br>**STRAFFORD COUNTY DEPT. OF CORRECTIONS, ET ALIA,**<br>**Defendants.** | **NH CIVIL NO. 06-CV-182-jd**<br><br>**RI MISC. NO. 06-MC-44-S** |

**PLAINTIFF'S MOTION FOR COPY OF ALL NOTICE(S) AND ORDER(S) RELATINGTO ALL ACTION, PAST AND FUTURE, TAKEN IN THIS CASE**

**NOW COMES** the Plaintiff, Gordon C. Reid, pro se, with this Motion For Notice(s and Order(s) Relating To All Action, Past and Future, Taken In This Case, and in furtherance of the foregoing respectfully sets forth as follows:

1. On or about May 12, 2006 the foregoing Complaint was docketed in the United States District Court For the District of New Hampshire.

2. Concomitantly, Plaintiff's motion to proceed in forma pauperis was docketed, and ultimately, on May 17, 2006, granted by the Court provided he pay an initial sum of $6.76 by June 15, 2006 and 20 percent of each months income. See *ORDER of 05.17.06.* The initial sum was paid on May 23, 2006.

3. To date, although this Court apparently has entered several orders requiring, e.g., defendants to respond to the motion for TRO, ordering service of process, and ordering defendants respond to the complaint, this Plaintiff has not received a copy of any notice or order informing him of the same.

4. The right to be heard contemplates adequate notice "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Central Hanover Bank & Trust Co., 339 U.S.*

Case 1:06-mc-00044-S-LDA Document 22 Filed 07/14/2006 Page 2 of 3

306, 314, 94 L. Ed. 865, *70 S. Ct. 652 (1950).* And that affords "the affected individual . . . a fundamentally fair chance to present his or her side of the story." *Puerto Rico Telephone Co. v. Telecommunications Regulatory Bd. of Puerto Rico, 189 F.3d 1, 19 (1st Cir. 1999); see* ***Mathews*** *v. Eldridge, 424 U.S. 319, 333, 47 L. Ed. 2d 18, 96 S. Ct. 893 (1976).*

5. Here, Plaintiff has yet to receive a single document from this Court notifying him of any action that has been taken in relation to the foregoing lawsuit while, conversely, defendants apparently have received a number of notices order directing them to take certain and particular action. Plaintiff contends that this scenario not only violates his right to due process, as it prevents him making any objections or taking such other action he deems necessary to protect his interests, it also contravenes the due process clause by reason of the communication being ex parte.

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court grant the following relief:

A. Grant the foregoing motion and ORDER the Clerk of the Court to provide Plaintiff with a copy of all notices and orders entered on the docket in this case since it was docketed in the United States District Court for the District of Rhode Island;

B. ORDER the Clerk of the Court to provide Plaintiff with a copy of all notices and orders entered on the docket not filed ex parte, and otherwise under seal;

C. ORDER the Clerk of the Court provide Plaintiff with a current copy of the complete docket entry in this case;

D. Grant such other and further relief as this Court may deem just, equitable, and fair.

Respectfully submitted by,

PLAINTIFF, PRO SE

DATED: July 10, 2006

Gordon C. Reid
266 County Farm Road
Dover, New Hampshire 03820

**CERTIFICATE OF SERVICE**

I hereby certify that on the above given date a true copy of the foregoing motion, and Amended Complaint, was mailed, ppd., first class mail, to Victoria S. Shin, Special Attorney, United States Attorney, 157 Church Street, New Haven, Connecticut 06510, and to Janice K. Rundles, Strafford County Attorney's Office, County Farm Road, Post Office Box 799, Dover, New Hampshire 03821-0799.

Gordon C. Reid