Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Gordon C. Reid

RE: CA 06-445
Gordon C. Reid v. Strafford County Dept of Corrections

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 8 / 14 / 2006 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

✓ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49). — unsigned.

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER:

[signature]

United States Magistrate Judge USMJ
cc: Counsel of Record

Date: 8/15/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **GORDON C. REID,** Plaintiff, v. **STRAFFORD COUNTY DEPT. OF CORRECTIONS, ET ALIA,** Defendants. | **NH CIVIL NO. 06-CV-182-jd** **RI MISC. NO. 06-MC-44-S** |

**PLAINTIFF'S MOTION FOR SERVICE OF PROCESS**

**NOW COMES** the Plaintiff, Gordon C. Reid, pro se, with this Motion For Service of Process pursuant to *Fed. R. Civ. P. 4,* and *28 U.S.C. § 1915 (d)*, and in furtherance of the foregoing respectfully sets forth as follows:

1. On or about May 12, 2006 the foregoing Complaint was docketed in the United States District Court For the District of New Hampshire.

2. Concomitantly, Plaintiff's motion to proceed in forma pauperis was docketed, and ultimately, on May 17, 2006, granted by the Court provided he pay an initial sum of $6.76 by June 15, 2006 and 20 percent of each months income. See *ORDER of 05.17.06.* The initial sum was paid on May 23, 2006.

3. On July 10, 2006 Plaintiff filed an Amended Complaint adding an additional defendant, Fred Serne, and, concomitantly, in a motion for voluntary dismissal, withdrawing another defendant, Marshal Monier.

3. To date, to Plaintiff's knowledge, nearly 90 days after the commencement of this action service of process has not been initiated.

4. As this Court well knows, under *Fed. R. Civ. P. 4 (m)* Plaintiff has only 120 days to complete service of process; however, *28 U.S.C. § 1915 (d)* provides that where one has been