**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GORDON C. REID,** Plaintiff, | ) | |
| v. | ) | **NH CIVIL NO. 06-CV-182-jd** |
| **STRAFFORD COUNTY DEPT. OF CORRECTIONS, ET ALIA,** Defendants. | ) | **RI MISC. NO. 06-MC-44-S** |

**PLAINTIFF'S MOTION FOR SERVICE OF PROCESS**

**NOW COMES** the Plaintiff, Gordon C. Reid, pro se, with this Motion For Service of Process pursuant to *Fed. R. Civ. P. 4,* and *28 U.S.C. § 1915 (d)*, and in furtherance of the foregoing respectfully sets forth as follows:

1. On or about May 12, 2006 the foregoing Complaint was docketed in the United States District Court For the District of New Hampshire.

2. Concomitantly, Plaintiff's motion to proceed in forma pauperis was docketed, and ultimately, on May 17, 2006, granted by the Court provided he pay an initial sum of $6.76 by June 15, 2006 and 20 percent of each months income. See *ORDER of 05.17.06.* The initial sum was paid on May 23, 2006.

3. On July 10, 2006 Plaintiff filed an Amended Complaint adding an additional defendant, Fred Serne, and, concomitantly, in a motion for voluntary dismissal, withdrawing another defendant, Marshal Monier.

3. To date, to Plaintiff's knowledge, nearly 90 days after the commencement of this action service of process has not been initiated.

4. As this Court well knows, under *Fed. R. Civ. P. 4 (m)* Plaintiff has only 120 days to complete service of process; however, *28 U.S.C. § 1915 (d)* provides that where one has been

granted leave to proceed in forma pauperis, as is the case herein, "The officers of the court shall issue and serve all process, and perform all duties in such cases." Therefore, Plaintiff respectfully requests this Court ORDER an "officer of the court" to issue and serve process in relation to defendants, and each of them.

**WHEREFORE,** Plaintiff respectfully moves this Honorable Court grant the following relief:

A. Grant the foregoing motion and ORDER service of process consistent with *28 U.S.C. § 1915 (d),* forthwith and without further delay;

B. Grant such other and further relief as this Court may deem just, equitable, and fair.

Respectfully submitted by,

PLAINTIFF, PRO SE

DATED: August 7, 2006

[signature]
8/19/06

[signature]
Gordon C. Reid
266 County Farm Road
Dover, New Hampshire 03820

**CERTIFICATE OF SERVICE**

I hereby certify that on the above given date a true copy of the foregoing motion, and Amended Complaint, was mailed, ppd., first class mail, to Victoria S. Shin, Special Attorney, United States Attorney, 157 Church Street, New Haven, Connecticut 06510, and to Janice K. Rundles, Strafford County Attorney's Office, County Farm Road, Post Office Box 799, Dover, New Hampshire 03821-0799.

[signature]
Gordon C. Reid