UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GORDON C. REID
    Plaintiff

V.                                    CA:06-44S

WARREN F. DOWALIBY
    Defendant

**ORDER**

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on September 18, 2006 in the above-captioned matter are accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant Warren Dowaliby's Motion to Dismiss and Defendant Steven Monier's Motion to Dismiss is DENIED, without prejudice. Accordingly, given the voluntary dismissal of Marshal Monier, it is hereby Ordered that this case be transferred back to the Distict of New Hampshire.

BY ORDER:

/s/ _____
DEPUTY CLERK

ENTER:

/s/ _____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 10/17/06