AO 458 (Rev.10/95) (NH 6/05) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

WITHDRAWAL

Case Number: 06-44S

To the Clerk of this court and all parties of record:

Enter my ~~appearance~~ withdrawal as counsel in this case for

Superintendent, Strafford County House of Corrections, et al

I certify that I am admitted to practice in this court.

8/27/07
Date

[/s/] Janice K. Rundles
Signature

Janice K.Rundles — Print Name
2218 — Bar Number

PO Box 799 — Address

Dover — City
NH — State
03821 — Zip Code

603-749-2808 — Phone Number
jrundles@co.strafford.nh.us — Email Address

CERTIFICATE OF SERVICE

I hereby certify that this ~~Appearance~~ withdrawal was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]

Conventionally Served: Gordon C. Reid, pro se Plaintiff
[Name and Address of Non-Filing Users]

8/27/07
Date

[/s/] Janice K. Rundles
Signature